```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF DELAWARE


TIMOTHY J. HERON,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 03-313 JJF
                                 :
JOHN E. POTTER, et al.,          :
                                 :
        Defendants.              :


TIMOTHY J. HERON,                :
                                 :
        Plaintiff,               :
                                 :
    v.                           : Civil Action No. 04-893 JJF
                                 :
POST MASTER GENERAL              :
WILLIAM J. HENDERSON,            :
                                 :
        Defendant.               :
```

### O R D E R

WHEREAS, by letter dated January 26, 2005 (D.I. 44), the parties in the above-captioned matters seek consolidation of Civil Action Nos. 03-313 and 04-893;

WHEREAS, additionally, the parties request the Court reschedule trial presently set for April 12, 2005;

WHEREAS, the Court agrees that consolidation should be granted;

WHEREAS, the Court will continue the April 12, 2005 trial date and postpone the March 10, 2005 pretrial conference to allow the parties time to properly prepare for trial in the consolidated action;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1) Civil Action No. 04-893 shall be consolidated into Civil Action No. 03-313 and all future documents or pleadings in the consolidated actions shall be filed in Civil Action No. 03-313 only.

2) A Pretrial Conference will be held on **Monday, October 3, 2005 at 1:00 p.m.** in Courtroom No. 4B on the 4th Floor, Boggs Federal Building, Wilmington, Delaware. The Federal Rules of Civil Procedure and Rule 16.5 of the Local Rules of Civil Practice for the United States District Court for the District of Delaware (Amended Effective January 1, 1995) shall govern the pretrial conference;

3) Trial will commence on **Monday, November 14, 2005 at 9:30 a.m.**

March 3, 2005
DATE

UNITED STATES DISTRICT JUDGE