UNTIED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| TIMOTHY J. HERON, | ) | |
| | ) | C.A. No. 03-313 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| POST MASTER GENERAL | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

| | | |
|---|---|---|
| TIMOTHY J. HERON, | ) | |
| | ) | C.A. No. 04-893 (JJF) |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| JOHN E. POTTER, | ) | |
| POST MASTER GENERAL | ) | |
| UNITED STATES POSTAL SERVICE, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties, that:

1. Plaintiff shall provide Defendant a copy of all reports of any experts that Plaintiff intends to call as witnesses at trial by May 1, 2006; and

2. All fact and expert discovery shall be completed by June 30, 2006; and

3. Any case dispositive motions, pursuant to the Federal Rules of Civil Procedure, shall be served and filed with an opening brief on or before July 10, 2006; answering briefs on any such case dispositive motions shall be served and filed on or before July 24, 2006, and reply

briefs on any such case dispositive motions shall be served and filed on or before July 31, 2006.

| ABER, GOLDLUST, BAKER & OVER | COLM F. CONNOLLY<br>United States Attorney |
|---|---|
| /s/ Gary W. Aber | By: /s/ Douglas E. McCann |
| Gary W. Aber (De. I.D. No. 754)<br>702 King Street, Suite 600<br>P.O. Box 1675<br>Wilmington, DE 198999<br>(302) 472-4900 | Douglas E. McCann (De. I.D. No. 3852)<br>Seth M. Beausang (De. I.D. No. 4071)<br>Assistant United States Attorneys<br>The Nemours Building<br>1007 Orange Street, Suite 700<br>P.O. Box 2046<br>Wilmington, DE 19899-2046<br>(302) 573-6277 |
| Attorney for Plaintiff | Attorney for Defendant |

IT IS SO ORDERED, this _____ day of _____, 2006.

_____
The Honorable Joseph J. Farnan, Jr.